UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>CARMINE BOVE, in his individual and representative capacity as Trustee - - Carmine & Joyce L Bove Trust and doing business as Log Cabin Café & Ice Cream, et al.,<br><br>        Defendants. | No.  2:14-CV-0395 KJM CKD<br><br><br>ORDER |

      On June 25, 2014 this matter was referred to the court's Voluntary Dispute Resolution Panel (VDRP) for the convening of a VDRP session within sixty days.  On June 26, 2014, the VDRP administrator Sujean Park notified the court she would not be able to assign a neutral in time to comply with the court's time frame.

      Due to the unavailability of a VDRP panelist, this case is referred to another judge of this court.  Magistrate Judge Allison Claire has been randomly selected.  A settlement conference is scheduled before Judge Claire for September 11, 2014 at 9:00 a.m. in Courtroom No. 26, 8th Floor.

      The parties are directed to submit their confidential settlement conference statements to the court using the following email address: acorders@caed.uscourts.gov.  Statements are due at

1

least 7 days prior to the Settlement Conference. Each party is reminded of the requirement that it be represented in person at the settlement conference by a person able to dispose of the case or fully authorized to settle the matter at the settlement conference on any terms. See Local Rule 270.

DATED: July 2, 2014.

_____
UNITED STATES DISTRICT JUDGE