UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No.  2:14cv0395 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| CARMINE BOVE, ET AL., | |
| Defendants. | |

By Order filed July 3, 2014, this matter was set for a settlement conference before the undersigned on September 11, 2014.  ECF No. 11.  The parties were directed to submit confidential settlement conference statements seven (7) days prior to the settlement conference. Id.  Plaintiff submitted a confidential settlement conference statement on September 3, 2014. Defendants did not submit a settlement conference statement.

Apparently, counsel for one of the parties had informally advised the courtroom deputy that a stipulation to continue the settlement conference was forthcoming.  No such stipulation was ever filed, however.  On September 10, 2014, the courtroom deputy attempted to contact all counsel to ascertain the status of the settlement conference.  Plaintiff's counsel was reportedly in the process of booking a flight to Sacramento, and claimed to know nothing about the case being taken off calendar.  Defense counsel initially denied awareness that a settlement conference was scheduled at all and stated that he was unavailable; in a subsequent phone call he represented that

plaintiff's counsel had sought a continuance of the settlement conference.

In light of these facts, it is hereby ordered as follows:

Within seven (7) days of this order, both parties shall show cause why sanctions should not be imposed for their failure to communicate with each and with the court regarding the status of the settlement conference. The party who initially informed the court that the matter would be continued by stipulation shall show cause why sanctions should not be imposed for the failure to timely obtain and submit such a stipulation. Defendant shall show cause why sanctions should not be imposed for the failure to submit a confidential settlement when the settlement conference was not continued.

IT IS SO ORDERED.

DATED: September 10, 2014

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE