UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-00395 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| CARMIN BOVE and JOYCE L. BOVE, | |
| Defendants. | |

    On July 3, 2014, this matter was scheduled for a settlement conference before the undersigned on September 11, 2014. ECF No. 11. As explained in the September 11, 2014 order to show cause, plaintiff submitted a confidential settlement conference statement and defendants failed to do so. ECF No. 12. After first denying awareness of a settlement conference, defense counsel explained to the courtroom deputy that plaintiff's counsel had sought a continuance. Id. Both parties were directed to show cause within seven days why sanctions should not be imposed for their failure to communicate with each and with the court regarding the status of the settlement conference. Id.

    On September 18, 2014, both parties responded to the court's order to show cause. Plaintiff's counsel states he "never contacted the court to notify of any planned continuance or stipulation to continue the hearing." ECF No. 13 at 2. He further states the morning of September 10, 2014 "was the first time [he had] become aware that any continuance was

1

1 contemplated by any party or that any party was not intending to attend." Id.

2     Defense counsel responded, stating that before the settlement conference, his office "was
3 contacted by Plaintiff's firm that the Settlement Conference would need to be continued to which
4 [he] had no objection."  ECF No. 14 at 2.  Defense counsel explains that it was his "understanding
5 that a stipulation and order would be prepared by Plaintiff's counsel" and he "assumed that this
6 had been done and thus the September 11, 2014 Settlement Conference did not appear on our
7 calendar." Id.

8     While both parties explain their misunderstanding regarding the scheduling of the
9 settlement conference, neither takes responsibility for the failure of communication between
10 counsel and with the court.  The responses to the order show cause create a direct dispute about
11 the facts: defense counsel declares that plaintiff's counsel at some unspecified time had indicated
12 a desire to continue the settlement conference; plaintiff's counsel denies ever having intended to
13 seek a continuance.  The undersigned has determined that further inquiry into the matter would
14 not be an effective use of time and resources.  Because both parties responded to the order to
15 show cause promptly and apparently in good faith[1], the order to show cause will be discharged
16 without the imposition of sanctions.  Counsel are strongly cautioned, however, that future failures
17 such as this will not be met with such tolerance.

18     Accordingly, IT IS HEREBY ORDERED that:

19     1. A settlement conference is scheduled for January 15, 2015 before the undersigned;

20     2. Seven days prior to the settlement conference the parties shall submit confidential
21 settlement conference statements via e-mail to acorders@caed.uscourts.gov, and shall file a
22 Notice of Submission of Confidential Settlement Conference Statement pursuant to Local Rule
23 270(d); and

24 ////

25 ////

26

27 [1] The lawyers involved in this matter are litigating numerous ADA cases against each other in this court, and it is possible that the problem in this case resulted from innocent confusion with
28 another case.

2

1      3. The September 11, 2014 order to show cause is discharged.

2 DATED: October 6, 2014

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE