UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CARMINE BOVE, et al.,<br><br>　　　　　Defendants. | No.  2:14-cv-0395 KJM CKD<br><br><br>ORDER |

Calendared for hearing on January 21, 2015 is plaintiff's motion to compel.  Upon review of plaintiff's memorandum, and good cause appearing, THE COURT FINDS AND ORDERS AS FOLLOWS:

Plaintiff's counsel and defense counsel are before the court on a discovery dispute that appears to be readily resolvable if counsel were to meet and confer in good faith.  Both counsel are well experienced in ADA matters.  Both counsel understand their discovery obligations and what constitutes a proper response to the propounded discovery.  Counsel are therefore ordered to meet and confer no later than January 16, 2015 regarding the pending discovery dispute.  During the meet and confer, defense counsel should clarify whether any claim of financial hardship will be made.

/////

/////

1

The hearing date of January 21, 2015 is vacated.  No later than January 23, 2015, the parties shall file a joint statement regarding the dispute in the format set forth under Local Rule 251.  The matter shall thereafter stand submitted.

Dated:  January 8, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 johnson-bove.subm