# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Scott Johnson**, <br><br> Plaintiff, <br><br> v. <br><br> **Carmine Bove**, in his individual and representative capacity as Trustee-- Carmine & Joyce L Bove Trust and doing business as Log Cabin Café & Ice Cream; <br> **Joyce L Bove**, in her individual and representative capacity as Trustee Carmine & Joyce L Bove Trust; and Does 1-10, <br><br> Defendants | **Case No**. 2:14 CV 0395 KJM CKD <br><br> **Order on Stipulation to Continue Settlement Conference** |

Having read the foregoing stipulation and good cause appearing, the settlement conference currently scheduled for January 15, 2015 is hereby continued to February 12, 2015 at 1:30 PM.

Dated: January 9, 2015

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE