UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | No. 2:14-cv-0395 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| CARMINE BOVE, et al., | |
| Defendants. | |

By order filed January 9, 2015, the parties were directed to meet and confer regarding plaintiff's motion to compel and to file a joint statement no later than January 23, 2015. No statement has been filed.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (ECF No. 17) is denied without prejudice.

Dated: January 26, 2015

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

4 johnson-bove.mtc